**Marion SIMPSON, Appellant,**

v.

**JEFFERSON COUNTY LAND & DEVELOPMENT COMPANY, INC., d/b/a Twin Lakes Mobile Home Park, Respondent.**

No. ED 80739.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 17, 2002.

Mark A. Helfers, Clayton, MO, for appellant.

James E. Godfrey, Jr., St. Louis, MO, for respondent.

Before MARY R. RUSSELL, P.J., CLIFFORD H. AHRENS, J., and JAMES R. DOWD, J.

### ORDER

PER CURIAM.

Marion Simpson ("Tenant") appeals the entry of summary judgment in favor of Jefferson County Land & Development Company, Inc., d/b/a Twin Lakes Mobile Home Park ("Landlord"). Tenant alleges that the trial court erred in granting summary judgment because Landlord is responsible for injuries she received from a dog owned by one of its other tenants. We find no error and affirm.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, which sets forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).